Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-355-999**

**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
July 31, 2023

---

### Title

| | |
|---|---|
| Title of Work: | Orchard Puzzle |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | September 15, 2021 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | James Hautman |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | James Hautman |
| | 10095 Great Plains Blvd, Chaska, MN, 55318-9466, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | MHS Licensing |
| Name: | John Haesler |
| Email: | john@mhslicensing.com |
| Address: | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

### Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-356-250**

**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
August 01, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Songbird Favorites |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | January 11, 2002 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | James Hautman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | James Hautman |
| | 10095 Great Plains Blvd, Chaska, MN, 55318-9466, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-355-998

**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
July 31, 2023

---

## Title

    Title of Work: Railbird Reunion

## Completion/Publication

    Year of Completion: 2020
    Date of 1st Publication: November 12, 2020
    Nation of 1st Publication: United States

## Author

-     Author: James Hautman
    Author Created: 2-D artwork
    Citizen of: United States

## Copyright Claimant

    Copyright Claimant: James Hautman
    10095 Great Plains Blvd, Chaska, MN, 55318-9466, United States

## Rights and Permissions

    Organization Name: MHS Licensing
    Name: John Haesler
    Email: john@mhslicensing.com
    Address: 111 3rd Avenue South
    Suite 360
    Minneapolis, MN 55401 United States

## Certification

    Name: David Denholm



# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 802-719

EFFECTIVE DATE OF REGISTRATION: JUN 17 1996

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK:** Cardinals and Birch
**NATURE OF THIS WORK:** Acrylic Painting

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2a NAME OF AUTHOR:** James Murray Hautman
**DATES OF BIRTH AND DEATH:** Year Born 1964 / Year Died
Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Check appropriate box(es).
☐ 3-Dimensional sculpture  ☒ 2-Dimensional artwork  ☐ Reproduction of work of art  ☐ Design on sheetlike material  ☐ Map  ☐ Photograph  ☐ Jewelry design  ☐ Technical drawing  ☐ Text  ☐ Architectural work

**b NAME OF AUTHOR:**
DATES OF BIRTH AND DEATH: Year Born / Year Died
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of / Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP: Check appropriate box(es).
☐ 3-Dimensional sculpture  ☐ 2-Dimensional artwork  ☐ Reproduction of work of art  ☐ Design on sheetlike material  ☐ Map  ☐ Photograph  ☐ Jewelry design  ☐ Technical drawing  ☐ Text  ☐ Architectural work

**3a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** 1995
**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK:** Month 10  Day 1  Year 95  Nation U.S.A.

**4 COPYRIGHT CLAIMANT(S):**
James Murray Hautman
2015 Xanthus Ln. N.
Plymouth, MN 55447

TRANSFER: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED: JUN 17 1996
ONE DEPOSIT RECEIVED: JUN 17 1996    11-12-96
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

James Hautman
2015 Xanthus Ln N
Plymouth, MN 55447

or Dorthy Hautman

Area Code and Telephone Number ▶ 612-476-4401

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
James Muray Hautman                          Date ▶ 6-14-96

Handwritten signature (X) ▼

**8**

Mail certificate to:

Name ▼
James M. Hautman
Number/Street/Apt ▼
2015 Xanthus Ln. N
City/State/ZIP ▼
Plymouth, MN 55447

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000    ♺ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-355-994**

**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
July 31, 2023

## Title

Title of Work: Songbird Menagerie

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: March 12, 2012
Nation of 1st Publication: United States

## Author

- Author: James Hautman
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: James Hautman
10095 Great Plains Blvd, Chaska, MN, 55318-9466, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Name: David Denholm

Page 1 of 2

